# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139750

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

       SC: 139750
       COA: 290647
       Wayne CC: 90-001832

JAMES DEXTER, JR.,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322